# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAI HUNG THACH, | No. 4:26-CV-01107 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| JESSICA SAGE, | |
| Respondent. | |

## <u>ORDER</u>

**AND NOW**, this 29th day of July 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Tai hung Thach's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **GRANTED**.

2. Respondent shall **RELEASE** Tai hung Thach from custody within <u>48 hours</u> of the date and time this Order is placed on the docket.

3. Respondent shall **RESTORE** the conditions of Thach's prior order of supervision.

4. Respondent shall **CERTIFY COMPLIANCE** with paragraphs 2 and 3 of this Order by filing a declaration pursuant to 28 U.S.C. § 1746 no later than <u>three days</u> after the date of this Order.

5. Following receipt of the compliance certification, the Clerk of Court shall CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge